ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

**MAY 19 2009**

CLERK, U.S. DISTRICT COURT
By _____
Deputy

UNITED STATES OF AMERICA          )
                                  )
VS.                               )          CASE NO.:  3:09-CR-114-M
                                  )
DESMOND LADELL JOHNSON            )

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

DESMOND LADELL JOHNSON, by consent, under authority of United States v. Dees, 125

F.3d 261 (5th Cir. 1997),  has appeared before me pursuant to Fed. R. Crim.P. 11,  and has entered

a plea of guilty to Count(s) 1 of the felony Information.  After cautioning and examining

DESMOND LADELL JOHNSON under oath concerning each of the subjects mentioned in Rule 11,

I determined that the guilty plea was knowledgeable and voluntary and that the offense(s) charged

is supported by an independent basis in fact containing each of the essential elements of such

offense.  I therefore recommend that the plea of guilty, and the plea agreement, be accepted, and that

DESMOND LADELL JOHNSON be adjudged guilty and have sentence imposed accordingly.

Date:  May 19, 2009

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

### NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days
from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge.  28 U.S.C. §636(b)(1)(B).